ue. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for the decision.

We affirm the judgment pursuant to Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Terry Lea GARDNER, Appellant.**

**No. WD 76059.**

Missouri Court of Appeals,
Western District.

Feb. 25, 2014.

Ellen Flottman, Columbia, MO, for appellant.

· Mary Moore, Jefferson City, MO, for respondent.

Before Division Three: ANTHONY R. GABBERT, P.J.; VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM:

Ms. Terry Lea Gardner appeals convictions for possession of a controlled substance, section 195.202, and possession of drug paraphernalia with intent to use, section 195.233.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Demetrius L. BOYCE, Appellant.**

**No. WD 76072.**

Missouri Court of Appeals,
Western District.

Feb. 25, 2014.

Ellen Flottman, Columbia, MO, for Appellant.

Dora Fichter, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM:

Demetrius L. Boyce appeals the circuit court's judgment convicting him of robbery in the first degree, assault in the first degree, and armed criminal action. We affirm. Rule 30.25(b).

